MEDLIN MILLING CO. v. HALL–BAKER GRAIN CO. (Circuit Court of Appeals, Fifth Circuit. December 4, 1914.) No. 2655. Appeal from the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. George Thompson and David T. Bomar, both of Ft. Worth, Tex., for appellant. S. B. Cantey, of Ft. Worth, Tex., for appellee. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. From an examination of the record and evidence, we are satisfied that this case was correctly decided in the District Court, and the decree appealed from is accordingly affirmed.

MEDLIN MILLING CO. v. J. ROSENBAUM GRAIN CO. (Circuit Court of Appeals, Fifth Circuit. December 4, 1914.) No. 2656. Appeal from the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. George Thompson and David T. Bomar, both of Ft. Worth, Tex., for appellant. S. B. Cantey, of Ft. Worth, Tex., for appellee. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. From an examination of the record and evidence, we are satisfied that this case was correctly decided in the District Court, and the decree appealed from is accordingly affirmed.

NATIONAL SURETY CO. v. CHRISTOPHER & SIMPSON ARCHITEC-TURAL IRON & FOUNDRY CO., Inc., et al. (Circuit Court of Appeals, Fifth Circuit. December 2, 1914.) No. 2633. Appeal from the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Henry E. Jackson, of San Angelo, Tex., for appellant. Frances Marion Etheridge, Joseph Manson McCormick, Henri Louis Bromberg, and Wendel Spence, all of Dallas, Tex., and S. B. Cantey and W. T. Bartholomew, both of Ft. Worth, Tex., for appellees. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. The decree appealed from appears to be in accordance with the preponderance of evidence and equity in the case, and it is therefore affirmed.

READ MACH. CO. v. JABURG et al. (Circuit Court of Appeals, Second Circuit. November 10, 1914.) No. 74. Appeal from the District Court of the United States for the Southern District of New York. This cause comes here upon appeal from a decree of the District Court, Southern District of New York, holding a patent valid and infringed as to claims 6 and 10 thereof. The patent is No. 966,765 issued August 11, 1910, to Harry Read, for a mixing machine. The opinion of the District Court is reported in 212 Fed. 951. J. Edgar Bull and A. G. N. Vermilya, both of New York City, for appellants. Edmund Wetmore and O. W. Jeffery, both of New York City, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judge Hunt has very fully discussed the issues presented, and, as we concur in his reasoning and conclusions, it is unnecessary to write another opinion. Decree affirmed, with costs.